**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>4221-ASSOCIATES, AZ LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:24-bk-03211-BKM<br><br>**ORDER RE MOTION FOR ACCELERATED HEARING ON MOTION TO ALLOW AND ESTIMATE LATE-FILED CLAIMS**<br><br>**Hearing Date:** October 7, 2025<br>**Hearing Time:** 11:00 a.m.<br>**Location:** Courtroom 701 |

The Court has reviewed the *Motion for Accelerated Hearing on Motion to Allow and Estimate Late-Filed Claims* ("**Motion**") filed at DE 303, requesting entry of an Order setting an accelerated hearing on shortened notice. The Court has also reviewed the record before it and therefore, for good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion and setting an expedited hearing on the *Motion to Allow and Estimate Late-Filed Claims* at DE 302. The hearing shall be held on shortened notice on October 7, 2025, at 11:00 a.m. This hearing will be held in person before the Honorable Brenda K. Martin in Courtroom 701.

**IT IS HEREBY FURTHER ORDERED** that any objection shall be filed no later than September 30, 2025.

**IT IS HEREBY FURTHER ORDERED** that any reply shall be filed no later than October 3, 2025.

**DATED AND SIGNED ABOVE**