**Anderson Clarkson Brown PLLC**
11120 N. Tatum Blvd., Suite 101
Phoenix, AZ 85028
**Nicholas Bauman** (State Bar No. 032263)
Direct Dial: 602.848.9998
Email: nbauman@acblawgroup.com

**Knox McLaughlin Gornall & Sennett, P.C.**
120 West Tenth Street
Erie, Pennsylvania 16501-1461
**Guy C. Fustine** (PA I.D. No. 37543) (*Admitted Pro Hac Vice*)
Direct Dial: 814.459.2800
Email: gfustine@kmgslaw.com

*Attorneys for the Official Committee of Unsecured Creditors*

Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Counsel for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>4221-ASSOCIATES, AZ LLC,<br><br>                Debtor | Chapter 11<br><br>Case No. 2:24-bk-03211-BKM<br><br>**NOTICE OF CONTINUANCE OF PLAN CONFIRMATION HEARING** |

      Pursuant to the Order dated September 22, 2025, the Plan Confirmation Hearing has been moved from ***October 7, 2025 to October 29, 2025 at 9:00 a.m.*** The hearing will be held in Courtroom 701, United States Bankruptcy Court, 230 N 1st Avenue, Suite 101, Phoenix, AZ 85003, with the Honorable Brenda K. Martin presiding.

      Evidence and legal argument regarding Plan feasibility and good faith will be heard by the Court at that time. The Plan proponents and RESCAP 3 shall submit their list(s) of witnesses by October 20, 2025. Also, to the extent available, the Plan proponents and RESCAP 3 shall disclose any financing commitment letter or letter of intent on or before October 20, 2025.

Dated: October 3, 2025

| | |
|---|---|
| MICHAEL W. CARMEL, LTD. | ANDERSON CLARKSON BROWN PLLC |
| By: */s/ Michael W. Carmel* <br>     Michael W. Carmel | By: */s/ Nicholas Bauman* <br>     Nicholas Bauman |
| *Attorneys for Debtor* | and |
| | KNOX MCLAUGHLIN CORNALL & SENNETT, PC |
| | By: */s/ Guy C. Fustine* <br>     Guy C. Fustine |
| | *Attorneys for The Official Committee of Unsecured Creditors* |